NUMBER  13-06-00160-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI - EDINBURG

 





 





IN RE:  ALVIN COOPER,
RELATOR

 





 

On Petition for Writ of Mandamus 





 





 

MEMORANDUM OPINION

 

Before Justices Hinojosa, Yañez,
and Garza 

Memorandum Opinion Per Curiam

 

Relator, Albert Cooper, filed a petition for writ of
mandamus on April 5, 2006, requesting this Court to direct the Respondent, the
Honorable Ronald E. Enns, presiding judge of the 69th District Court of Hartley
County, Texas, to rule on relator=s motion to dismiss. 
Because we lack jurisdiction to issue a writ of mandamus against the
judge of the 69th District Court of Hartley County, we dismiss relator=s petition.  See
Tex. Gov=t Code Ann. '' 22.201, 22.221 (Vernon 2004 & Supp. 2005).  

PER CURIAM

 

Do not publish. 
Tex. R. App. P.  47.2(b)

 

Memorandum Opinion delivered and filed

this 8th day of May, 2006.